**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 3:12-CR-137 |
| | ) |
| KOLON INDUSTRIES, INC., | ) |
| JONG-HYUN CHOI, | ) |
| IN-SIK HAN | ) |
| JU-WAN KIM, | ) |
| KYEONG-HWAN RHO | ) |
| YOUNG-SOO SEO | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES ON
BEHALF OF KOLON INDUSTRIES, INC.**

PLEASE TAKE NOTICE that counsel for Kolon Industries, Inc. ("Kolon") hereby move the Court for an order granting leave to appear specially for the limited purpose of moving to contest the purported service of the summons of the Indictment on Kolon and to dismiss the Indictment for lack of personal jurisdiction over Kolon (the "Motion").

This Motion is made on the grounds that the Court has authority to and should grant Kolon's counsel's request for leave to appear specially to file a motion contesting service of the summons on Kolon, without waiving Kolon's objections to the service of summons or personal jurisdiction over Kolon.  If the Motion is granted, Kolon's counsel will, within three days, file a motion appearing specially to quash the service of the summons on Kolon and to dismiss the Indictment for lack of personal jurisdiction.

A memorandum in support of the Motion is filed herewith.

Respectfully submitted

By: _____/s/_____
Rhodes B. Ritenour (Virginia Bar No. 71406)
**LECLAIRRYAN**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7106
Facsimile: (804) 916-7206
rhodes.ritenour@leclairryan.com

Jeff G. Randall (*pro hac vice application pending*)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
jeffrandall@paulhastings.com

Stephen C. Neal (*pro hac vice application pending*)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
nealsc@cooley.com

***Attorneys for Kolon Industries, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2012, I electronically filed the foregoing **MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES ON BEHALF OF KOLON INDUSTRIES, INC.** with the clerk using CM/ECF system and, which will then send a notification of such filing (NEF) to counsel named below:

Timothy D. Belevetz, Esq.
Kosta Stojilkovic, Esq.
**UNITED STATES ATTORNEY'S OFFICE**
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Facsimile: (703) 299-2584
timothy.d.belevetz@usdoj.gov
kosta.stojilkovic@usdoj.com

Michael R. Gill, Esq.
**UNITED STATES ATTORNEY'S OFFICE**
600 E. Main Street, Suite 1800
Richmond, VA 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
mike.gill@usdoj.gov

*Attorneys for United States of America*

By:＿＿＿＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Rhodes B. Ritenour (Virginia Bar No. 71406)
**LECLAIRRYAN**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7106
Facsimile: (804) 916-7206
rhodes.ritenour@leclairryan.com

*Attorney for Kolon Industries, Inc.*