CRIMINAL PROCEEDINGS - U.S. DISTRICT COURT - EASTERN DISTRICT OF VA - RICHMOND DIVISION

JUDGE: **PAYNE**  DOCKET NO. 3:12CR00137-04
REPORTER: Diane Daffron, CCR  DATE: December 11, 2012

UNITED STATES OF AMERICA                    COUNSEL

v.

1. Kolon Industries, Inc.          1. No Appearance by Counsel
2. _____            2. _____
3. _____            3. _____

**FILED DEC 11 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

APPEARANCES: GOVERNMENT: Timothy D. Belevetz, Esq.  Rudy ORgjales, Esq.
John Borchert, Esq.  Kosta Stojilkovic, Esp;
DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

ARRAIGNMENT PROCEEDINGS:

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BOND SET AT $_____   WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$_____   WITH SURETY HEARD ( )   GRANTED ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.
( ) Agreed Discovery Order presented; entered by Court.

CASE CONTINUED TO: See page 2 attached for further minute entry.

CASE SET: 1:30 p.m.   BEGAN: 1:40 p.m.   ENDED: 2:55 p.m.   TIME IN COURT: 1 hr. 15 mins.

Matter came on for arraignment. Counsel for the United States' Motion to Continue the arraignment heard. The Court may enter a Show Cause Order but the arraignment and or a Show Cause Hearing will be held at 11:00 a.m. on March 06, 2013. An order will enter which will also continue a briefing schedule.