**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **KOLON INDUSTRIES, INC.,** ) <br>     Including and through its successors ) <br>     "Kolon Industries, Inc." and "Kolon ) <br>     Corporation" ) <br> **JONG-HYUN CHOI,** ) <br> **IN-SIK HAN,** ) <br> **JU-WAN KIM,** ) <br> **KYEONG-HWAN RHO,** ) <br> **YOUNG-SOO SEO,** ) <br> ) <br>     **Defendants.** ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | **Case No. 3:12-cr-137** |

**MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES
ON BEHALF OF KOLON INDUSTRIES, INC.**

Jeff G. Randall (*pro hac vice* pending)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
jeffrandall@paulhastings.com

Stephen C. Neal (*pro hac vice* pending)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
nealsc@cooley.com

Rhodes B. Ritenour (VA Bar No. 71406)
**LECLAIRRYAN**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
Telephone:  (804) 916-7106
Facsimile:  (804) 916-7206
rhodes.ritenour@leclairryan.com

*Attorneys for Specially-Appearing Defendant
Kolon Industries, Inc.*

PLEASE TAKE NOTICE that counsel for Kolon Industries, Inc. ("Kolon")[1] hereby seek leave of the Court to appear specially on Kolon's behalf to file a motion to quash the purported service of the summons and to dismiss the Superseding Indictment for lack of personal jurisdiction. This Motion is made on the grounds that the Court has the authority to, and should, grant the request for leave to appear specially to file a motion contesting service of the summons on Kolon, without waiving Kolon's objections to the service of the summons and/or to whether this Court has personal jurisdiction over Kolon.

A Memorandum in support of the Motion is filed herewith.

---

[1] "Kolon" refers to Kolon Industries, Inc. and any Kolon entity that the Government contends is both a party and was properly served with process in the above-captioned action. As discussed in the Motion to Quash, the Superseding Indictment is fatally ambiguous as to the named defendant(s); however, to the extent any particular Kolon entity is found to be a proper defendant, this Motion and the Motion to Quash extend to each such entity.

1

Respectfully submitted this 3rd day of June, 2013.

By: /s/ Rhodes B. Ritenour
Rhodes B. Ritenour (Virginia Bar No. 71406)
**LECLAIRRYAN**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7106
Facsimile: (804) 916-7206
rhodes.ritenour@leclairryan.com

Jeff G. Randall (*pro hac vice pending*)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
jeffrandall@paulhastings.com

Stephen C. Neal (*pro hac vice* pending)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
nealsc@cooley.com

***Attorneys for Specially-Appearing Defendant***
***Kolon Industries, Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of June, 2013, I electronically filed the foregoing document, entitled "MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES ON BEHALF OF KOLON INDUSTRIES, INC.," with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel named below:

Michael S. Dry, Esq.
**UNITED STATES ATTORNEY'S OFFICE**
600 E. Main Street, Suite 1800
Richmond, VA  23219
Telephone:  (804) 819-5400
Facsimile:  (804) 771-2316
michael.s.dry@usdoj.gov

Kosta Stojilkovic, Esq.
**UNITED STATES ATTORNEY'S OFFICE**
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Facsimile: (703) 299-2584
kosta.stojilkovic@usdoj.com

*Attorneys for the United States of America*


                    By: /s/ Rhodes B. Ritenour
                    Rhodes B. Ritenour (Virginia Bar No. 71406)
                    **LECLAIRRYAN**
                    Riverfront Plaza, East Tower
                    951 East Byrd Street, Eighth Floor
                    Richmond, VA  23219
                    Telephone:  (804) 916-7106
                    Facsimile:  (804) 916-7206
                    rhodes.ritenour@leclairryan.com

                    *Attorney for Specially-Appearing Defendant*
                    *Kolon Industries, Inc.*