IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:12-CR-137-REP |
| v. | ) | |
| | ) | |
| KOLON INDUSTRIES, INC., | ) | |
|     Including and through its | ) | |
|     successors "Kolon Industries, Inc." | ) | |
|     and "Kolon Corporation" | ) | |
| JONG-HYUN CHOI, | ) | |
| IN-SIK HAN, | ) | |
| JU-WAN KIM, | ) | |
| KYEONG-HWAN RHO, | ) | |
| YOUNG-SOO SEO, | ) | |
| | ) | |
|     Defendants. | ) | |

**RESPONSE OF THE UNITED STATES TO KOLON CORPORATION'S
MOTION FOR LEAVE TO ENTER A LIMITED AND SPECIAL APPEARANCE AND
TO RESPOND TO THE GOVERNMENT'S PURPORTED SERVICE OF PROCESS**

In light of this Court's prior order granting special appearances to the "new" Kolon

Industries, Inc. and to Kolon Corporation (hereinafter "the successor defendants"), the

government does not oppose the instant motion of Kolon Corporation to specially appear and

respond to the notice of additional service filed by the government.[1]  The government also does

not oppose the briefing schedule proposed by Kolon Corporation.  In the interests of efficiency,

and to avoid repetition of arguments that have already been fully developed before this Court, the

government submits that the briefing allowed by the Court be limited to novel issues, if any,

---

[1] As noted in earlier briefing, Dkt. No. 63 at 7-8, the government is concerned about conflict of
interest issues arising from the fact that the same attorneys are purporting to represent both
successor defendants.  Since this Court has already permitted those attorneys to specially appear
on behalf of both successor defendants, the government will re-raise its conflict objections if and
when the successor defendants are ordered to make a general appearance.

presented by the additional service of process upon Kolon Corporation.  If Kolon Corporation wishes to re-raise issues or arguments that have already been raised by the successor defendants with respect to the service of process that occurred in May of 2013, it should simply incorporate them by reference.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

/s/
Kosta S. Stojilkovic
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 299-3981 (fax)
kosta.stojilkovic@usdoj.gov

/s/
Michael S. Dry
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, VA 23219
(804) 819-5400
(804) 771-2316 (fax)
michael.s.dry@usdoj.gov

Jeffrey H. Knox
Chief, Fraud Section

/s/
John W. Borchert
Trial Attorney, Fraud Section
Criminal Division, Department of Justice
1400 New York Avenue, N.W.
Washington, DC  20530
(202) 514-0890
(202) 616-3511 (fax)
john.borchert@usdoj.gov

John Lynch
Chief, Computer Crime & Intellectual Property
Section


      /s/
Rudolfo Orjales
Senior Counsel, Computer Crime & Intellectual
Property Section
Criminal Division, Department of Justice
1301 New York Avenue, N.W.
Washington, DC  20530
(202) 514-1026
(202) 514-6113 (fax)
rudy.orjales@usdoj.gov


Dated:  January 10, 2014

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2014, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of

filing (NEF) to the following:

Rhodes Beahm Ritenour
LeClair Ryan PC (Richmond)
951 E Byrd St
PO Box 2499
Richmond, VA 23218-2499
804-916-7106
Fax: 804-916-7206
Email: rhodes.ritenour@leclairryan.com

Jeffrey Graham Randall
Paul Hastings LLP (CA-NA)
1117 S California Ave
Palo Alto, CA 94304
(650) 320-1850
Fax: (650) 320-1950
Email: jeffrandall@paulhastings.com

Kathleen H. Goodhart
Cooley LLP (CA N/A)
101 California St
5th Floor
San Francisco, CA 94111-5800
415-693-2012
Fax: 415-693-2222
Email: kgoodhart@cooley.com

Stephen C. Neal
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5182
Fax: (650) 849-7400
Email: nealsc@cooley.com

5

By:      /s/
         Kosta S. Stojilkovic
         Assistant United States Attorney
         2100 Jamieson Avenue
         Alexandria, VA  22314
         (703) 299-3700
         (703) 299-3981 (fax)
         kosta.stojilkovic@usdoj.gov