

FILED
JAN 28 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:12cr137-01

KOLON INDUSTRIES, INC.,

      Defendant.

**ORDER**

Before the Court is Specially-Appearing Defendant Kolon Corporation's MOTION FOR LEAVE TO ENTER A LIMITED AND SPECIAL APPEARANCE AND TO RESPOND TO THE GOVERNMENT'S PURPORTED SERVICE OF THE SUMMONS ON KOLON CORPORATION AND/OR CHIEF EXECUTIVE OFFICER CHANG-HO KIM (Docket No. 99). The Motion is GRANTED IN PART to allow Kolon to present issues raised by the most recent attempt to serve process upon Kolon Corporation ("Kolon") and Chang-Ho Kim. Issues or arguments that have already been raised as part of opposition to previous attempts to provide service of process should be incorporated by reference to the docket numbers and pages where those issues and arguments have previously been raised. Only new or novel issues of law raised by the October 2013 attempt to provide service of process should be briefed in detail.

Insofar as the Motion seeks to establish a briefing schedule for the question of leave to enter a limited and special appearance, the Motion is DENIED IN PART as being moot.

It is ORDERED that the parties will adhere to the following briefing schedule for Kolon Corporation's limited and special appearance:

1) Kolon and Kim shall file initial briefs no later than February 14, 2014, at 5 p.m.

2) The Government shall file its brief in response no later than February 28, 2014, at 5 p.m.

3) Kolon and Kim shall file briefs in reply no later than March 3, 2014, at 5 p.m.

It is so ORDERED.

                              /s/       REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: January 27, 2014