

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:12cr137

KOLON INDUSTRIES, INC.,

    Defendant.

**ORDER**

Having considered the decisions of the United States Court of Appeals for the Fourth Circuit in <u>Kolon Industries Inc. v. E.I. DuPont de Nemours & Co.</u>, No. 12-1587, 2014 WL 1317695 (4th Cir. Apr. 3, 2014), and <u>E.I. DuPont De Nemours & Co. v. Kolon Industries Inc.</u>, No. 12-1260 (4th Cir. Apr. 3, 2014) (unpublished per curiam opinion), the presiding judge hereby recuses himself from further involvement in this case. The Clerk of the Court is directed to await reassignment instructions from the Chief Judge of the Eastern District of Virginia.

The Memorandum Order dated July 25, 2013 (Docket No. 82) is hereby vacated.

It is so ORDERED.

                          /s/      REP
                   Robert E. Payne
                   Senior United States District Judge

Richmond, Virginia
Date: April 4, 2014