IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:12-cr-137 (AJT) |
| | ) |
| KOLON INDUSTRIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Kolon Industries, Inc.'s Motion for Leave to Appear Specially [Doc. No. 146]. Upon consideration of the Motion and the memorandum in support thereof [Doc. No. 147], it is hereby

ORDERED that Defendant Kolon Industries, Inc.'s Motion for Leave to Appear Specially is GRANTED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 17, 2014