IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:12-CR-137-1-AJT |
| v. ) | |
| ) | |
| KOLON INDUSTRIES, INC., ) | |
| Including and through its ) | |
| successors "Kolon Industries, Inc." ) | |
| and "Kolon Corporation" ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), KOLON INDUSTRIES, INC., including and through its successors "Kolon Industries, Inc." and "Kolon Corporation" (collectively, the "Defendant") is sentenced to pay restitution in the amount of **$275,000,000**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to the victim: E.I. du Pont de Nemours & Company, Lockbox 7247-6532, 400 White Clay Center Drive, Newark, DE 19711, with the following correspondence or note:

   Description: Payment related to Kolon matter
   Instructions: 9610-898090XKWK82027022

4. Interest is waived.

5. Restitution shall be paid as follows:

   a. the Defendant shall release any and all claims to the $70,000,000 that the victim has collected through enforcement activity of the initial judgment in E.I. du Pont de Nemours and Company v. Kolon Industries, Inc., Case No. 3:09-CV-58 (E.D.Va.), pursuant to the confidential settlement agreement in E.I. du Pont de Nemours and Company v. Kolon Industries, Inc., Case No. 3:09-CV-58 (E.D.Va.);

b.     the Defendant shall make payment of $100,000,000 to the Clerk of Court by May 8, 2015, which payment the Clerk of Court shall forward to the victim no later than May 29, 2015;

c.     the Defendant shall make an additional payment of $26,250,000 to the Clerk of Court by January 10, 2016, which payment the Clerk of Court shall forward to the victim no later than January 31, 2016;

d.     the Defendant shall make an additional payment of $26,250,000 to the Clerk of Court by January 10, 2017, which payment the Clerk of Court shall forward to the victim no later than January 31, 2017;

e.     the Defendant shall make an additional payment of $26,250,000 to the Clerk of Court by January 10, 2018, which payment the Clerk of Court shall forward to the victim no later than January 31, 2018; and

f.     the Defendant shall make an additional payment of $26,250,000 to the Clerk of Court by January 10, 2019, which payment the Clerk of Court shall forward to the victim no later than January 31, 2019.

6. The victim shall notify the Clerk of Court to confirm the release of claims pursuant to subparagraph 5.a. of this Order.

7. With the exception of the release of claims pursuant to subparagraphs 5.a. and 5.b. of this Order, the Defendant shall make all restitution payments to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314. Should the Defendant elect to make payments by wire transfer, such wire transfer shall list as the beneficiary the U.S. District Courts – Eastern District of Virginia, or such other entity as specified in wire transfer instructions from the Clerk.

8. No delinquent or default penalties will be imposed except upon Order of the Court.

9. This Restitution Order is binding upon Kolon Industries, Inc. (Korean Stock Exchange Number 120110) and Kolon Corporation (Korean Stock Exchange number 002020) as successors-in-interest to the original KOLON INDUSTRIES, INC. Kolon Industries, Inc. (Korean Stock Exchange Number 120110) and Kolon Corporation (Korean Stock Exchange number 002020) are jointly and severally liable for all restitution obligations imposed pursuant to this Order.

/s/
Anthony J. Trenga
United States District Judge

2/

Honorable Anthony J. Trenga<br>
United States District Judge

ENTERED this 30th day of April, 2015.

at Alexandria, Virginia

WE ASK FOR THIS:

DANA J. BOENTE
United States Attorney

By: _____
Kosta S. Stojilkovic
Assistant U.S. Attorney
Matthew Burke
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
kosta.stojilkovic@usdoj.gov
matthew.burke@usdoj.gov

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division, U.S. Department of Justice

By: _____
John W. Borchert
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 514-2000
Fax: (202) 514-7021
john.borchert@usdoj.gov

JOHN LYNCH
Chief, Computer Crime and Intellectual Property
Section, Criminal Division
United States Department of Justice

By: _____
Rodolfo Orjales
Senior Counsel
United States Department of Justice
Criminal Division, Computer Crime and
Intellectual Property Section
1301 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 305-9200
Fax: (202) 305-1744
rudy.orjales@usdoj.gov

_____
Jeffrey G. Randall
Mark D. Pollack
Paul Hastings LLP
Counsel for Kolon Industries, Inc.
and Kolon Corporation

4